# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 03, 2023

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number:  20-14666-JJ
Case Style:  KB Home Orlando LLC v. Mid-Continent Casualty Co.
District Court Docket No:  6:19-cv-01573-RBD-EJK

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

General Information:               404-335-6100    Attorney Admissions: 404-335-6122
New / Before Briefing Cases:      404-335-6135    Capital Cases:          404-335-6200
Cases in Briefing / After Opinion: 404-335-6130   CM/ECF Help Desk:  404-335-6125
Cases Set for Oral Argument:      404-335-6141

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 20-14666-JJ

_____

KB HOME ORLANDO LLC,

Plaintiff - Appellee,

versus

CINCINNATI INSURANCE COMPANY,

Defendant,

MID-CONTINENT CASUALTY COMPANY,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellant Mid-Continent Casualty Company is GRANTED by clerk [9925931-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date; Motion to supplement the record is MOOT [9920860-2].

Effective May 03, 2023.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION